# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

KATHERINE M. EILBECK,

    Plaintiff,

vs.                                        CASE NO. 1:09CV182-MP/AK

MICHAEL J. ASTRUE,

    Defendants.

_____/

## O R D E R

Presently before the Court is Defendant's Motion for Enlargement of Time to file Memorandum. (Doc. 16). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendants shall have through **February 22, 2010**, to file the responsive memorandum.

**DONE AND ORDERED** this **20th** day of January, 2010.

                                                    *s/ A. KORNBLUM*
                                                    **ALLAN KORNBLUM**
                                                    **UNITED STATES MAGISTRATE JUDGE**